UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDEBERTO IBARRA PEREZ, et al.,
                     Plaintiffs,

-v-

149 STREET FOOD CORP., et al.,
                     Defendants.

18-CV-3560 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 52, Exh. A.) The proposed settlement involves $62,000 to be allocated between Plaintiffs and their counsel. (Dkt. No. 52 at 2, 20–21.) Approximately one-third of the settlement sum will be collected in attorney's fees and costs. (Dkt. No. 52 at 2–3, 21.)

The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

To that end, the proposed settlement at Docket Number 52 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 13, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge